IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 30 2002

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

| | |
|---|---|
| THOMAS ERNST AKYAR, | * |
| Plaintiff, | * |
| vs. | *  Case No. 1:02CV00060 SWW |
| LIFE PLUS INTERNATIONAL, INC., | * |
| Defendant. | * |

### ORDER

At defendant's request, and without objection by plaintiff, the Court orders that the time for defendant to respond to plaintiff's complaint be extended until and including August 20, 2002.

DATED this 30th day of July 2002.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 7-31-02 BY _____

```
                    F I L E   C O P Y
                                                                    vjt
              UNITED STATES DISTRICT COURT
              Eastern District of Arkansas
                    U.S. Court House
              600 West Capitol, Suite 402
              Little Rock, Arkansas 72201-3325


                       July 31, 2002



              * * MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00060.


True and correct copies of the attached were mailed by the clerk to the
following:


      Spencer F. Robinson, Esq.
      Ramsay, Bridgforth, Harrelson & Starling
      11th Floor Simmons Building
      501 Main Street
      Post Office Box 8509
      Pine Bluff, AR   71611-8509

      John P. Gill
      Gill Elrod Ragon Owen & Sherman, P.A.
      425 West Capitol Avenue
      Suite 3801
      Little Rock, AR   72201

      cc: press


                                          James W. McCormack, Clerk

         7/31/02                                V. Turner
Date: _____            BY: _____
```