

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 22 2002

JAMES W. McCORMACK,
By:_____

# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

THOMAS ERNST AKYAR                                                PLAINTIFF(S)

VS.                         NO. 1:02CV00060 SWW

LIFE PLUS INTERNATIONAL, INC.                                     DEFENDANT(S)

## INITIAL SCHEDULING ORDER

The following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:**   Friday, October 25, 2002

The parties are jointly responsible for holding their Rule 26(f) conference on or before Friday, October 25, 2002.

**(2) Rule 26(f) Report Due Date:**   Friday, November 8, 2002

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:**   Monday, October 6, 2003, 11:00 a.m.
490 College Street
Batesville, AR   72501

**(4) Rule 16(b) Conference (if needed):**   Thurs., November 14, 2002, 1:00 p.m.

A telephone conference will be held on November 14, 2002, at 1:00 p.m., if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc. If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for Thursday, November 14, 2002, will be unnecessary.

- 2 -

**(5) Final Scheduling Order:**     <u>**Will be issued on or before November 18, 2002**</u>

A Final Scheduling Order will be issued on or before November 18, 2002, confirming the court trial date of October 6, 2003, setting deadlines, and resolving any disputes taken up at the telephone conference.

```
                                    AT THE DIRECTION OF THE COURT
                                    James W. McCormack, Clerk


                                    By: /s/ Sandy Carpenter
                                        Sandy Carpenter, Deputy Clerk
                                        (501) 604-5104
```

```
               F I L E   C O P Y
                                                    sc
          UNITED STATES DISTRICT COURT
            Eastern District of Arkansas
                U.S. Court House
           600 West Capitol, Suite 402
         Little Rock, Arkansas 72201-3325


                   August 22, 2002



          * * MAILING CERTIFICATE OF CLERK * *


Re:  1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


     Spencer F. Robinson, Esq.
     Ramsay, Bridgforth, Harrelson & Starling
     11th Floor Simmons Building
     501 Main Street
     Post Office Box 8509
     Pine Bluff, AR   71611-8509

     John Purifoy Gill, Esq.
     Gill Elrod Ragon Owen & Sherman, P.A.
     TCBY Tower
     425 West Capitol Avenue
     Suite 3801
     Little Rock, AR   72201-2413

     Derrick Mark Davidson, Esq.
     Gill Elrod Ragon Owen & Sherman, P.A.
     TCBY Tower
     425 West Capitol Avenue
     Suite 3801
     Little Rock, AR   72201-2413




                                        James W. McCormack, Clerk

Date:  ___8-22-02___                    BY: _____
```