

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THOMAS ERNST AKYAR**      PLAINTIFF

VS.      CASE NO. 1-02-CV-00060 SWW

**LIFE PLUS INTERNATIONAL, INC.**      DEFENDANT

### MOTION FOR EXTENSION OF TIME

Comes the Plaintiff, **Thomas Ernst Akyar,** by and through his attorneys, **Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C. and Ramsay, Bridgforth, Harrelson and Starling LLP**, and for his Motion for Extension of Time states:

1. The Defendant in this action filed a Motion to Dismiss on August 20, 2002.

2. Mr. Akyar, in order to respond to the Motion and its accompanying affidavit, needs additional time in which to obtain documents, his own affidavit (which will have to be translated) and other materials in order to properly respond to the Motion.

3. Counsel requests to and through October 4, 2002 to file its response to the Motion.

4. Undersigned counsel has talked to John Gill, attorney for the Defendant, and Mr. Gill has indicated that he has no objection to this extension of time.

**WHEREFORE**, Thomas Ernst Akyar prays that the court extend the time to respond to the Motion to Dismiss to and including October 4, 2002.

-2-

Respectfully submitted,

**RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.**
By: Gregory Silbert
740 Broadway, Fifth Floor
New York, NY 10003
(212) 254-1111 – phone
Attorneys for Plaintiff

AND

**RAMSAY, BRIDGFORTH, HARRELSON
AND STARLING LLP**
P. O. Box 8509
Pine Bluff, AR 71611-8509
(870) 535-9000 - phone
(870) 535-8544 - fax
Attorneys for Plaintiff

By _____
Spencer F. Robinson   77111

## CERTIFICATE OF SERVICE

I, Spencer F. Robinson, attorney for the Defendant herein, do hereby certify that I have served a true and correct copy of the foregoing on **Mr. John P. Gill, Gill, Elrod, Ragon, Owen & Sherman, P.A., 425 West Capitol Avenue, Suite 3801, Little Rock, AR 72201**, by ordinary mail, postage prepaid, this 23 day of August, 2002.

_____
Spencer F. Robinson   77111