```
                                              FILED
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT ARKA[N]
    IN THE UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF ARKANSAS          AUG 27 2002
              NORTHERN DIVISION
                                        JAMES W. McCORMACK,
                                        By:_____
```

| | |
|---|---|
| THOMAS ERNST AKYAR, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * Case No. 1:02CV00060 SWW |
| | * |
| LIFE PLUS INTERNATIONAL, INC., | * |
| | * |
| Defendant. | * |

### ORDER

Before the Court is plaintiff's motion for an extension of time to respond to defendant's motion to dismiss. Without objection from defendant, and for good cause shown, the motion is granted. Plaintiff has until and including October 4, 2002, in which to file a response to defendant's motion to dismiss.

SO ORDERED this 27th day of August 2002.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 8-28-02 BY ___

```
                      F I L E   C O P Y
                                                                  vjt
              UNITED STATES DISTRICT COURT
              Eastern District of Arkansas
                      U.S. Court House
              600 West Capitol, Suite 402
             Little Rock, Arkansas 72201-3325


                         August 28, 2002




              * *  MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


         Spencer F. Robinson, Esq.
         Ramsay, Bridgforth, Harrelson & Starling
         11th Floor Simmons Building
         501 Main Street
         Post Office Box 8509
         Pine Bluff, AR   71611-8509

         John Purifoy Gill, Esq.
         Gill Elrod Ragon Owen & Sherman, P.A.
         TCBY Tower
         425 West Capitol Avenue
         Suite 3801
         Little Rock, AR   72201-2413

         Derrick Mark Davidson, Esq.
         Gill Elrod Ragon Owen & Sherman, P.A.
         TCBY Tower
         425 West Capitol Avenue
         Suite 3801
         Little Rock, AR   72201-2413

         cc: press


                                            James W. McCormack, Clerk

         8/28/02                                  V. Turner
Date:  _____          BY: _____
```