FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 18 2002

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR                                              PLAINTIFF

VS.                          CASE NO. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.                                   DEFENDANT

## MOTION TO SUBSTITUTE PARTY DEFENDANT

Comes the Plaintiff, **Thomas Ernst Akyar**, by and through his attorneys, **Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C. and Ramsay, Bridgforth, Harrelson and Starling LLP**, and comes **Life Plus International**, an Arkansas general partnership, by and through its attorneys, **Gill, Elrod, Ragon, Owen & Sherman, P. A., Neal Gerber, & Eisenberg, and Joann Underwood, P.A.**, and for their joint motion state:

1. The Plaintiff in this action erroneously referred to the Defendant as Life Plus International, Inc., an Arkansas corporation.

2. Life Plus International, an Arkansas general partnership, filed its Motion to Dismiss the Complaint, pointing out in the Motion to Dismiss that Life Plus International was a general partnership, rather than an Arkansas corporation.

3. In light of the clarification in the Motion to Dismiss concerning the Defendant's method of doing business, the parties hereto jointly move that this action be amended to substitute Life Plus International, an Arkansas general partnership, as the Defendant in order to clarify the record.

-2-

4. The parties also jointly request that the court consider the Motion to Dismiss filed herein by Life Plus International, an Arkansas general partnership, be considered a motion filed by the Defendant in this action.

5. The parties also jointly move that the court consider the general partnership as a properly served party Defendant in this action waiving any arguments that it has not been properly served with the Summons and Complaint herein.

**WHEREFORE**, the parties hereto jointly move that the court enter an order granting this Motion.

Respectfully submitted,

**RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.**
By: Gregory Silbert
740 Broadway, Fifth Floor
New York, NY 10003
(212) 254-1111 – phone
Attorneys for Plaintiff

AND

**RAMSAY, BRIDGFORTH, HARRELSON
AND STARLING LLP**
P. O. Box 8509
Pine Bluff, AR 71611-8509
(870) 535-9000 - phone
(870) 535-8544 - fax
Attorneys for Plaintiff

By _____
Spencer F. Robinson   77111

-3-

AND

**NEAL, GERBER & EISENBERG**
By: Stephen Fedo
2 North LaSalle Street
Chicago, IL 60602
(312) 369-8000 – phone
Attorneys for Defendant

AND

**JOANN UNDERWOOD, P.A.**
267 E. Main Street
Batesville, AR 72501
(870) 698-3571 – phone
Attorneys for Defendant

AND

**GILL, ELROD, RAGON, OWEN & SHERMAN, P.A.**

425 West Capitol Avenue, Suite 3801
Little Rock, AR 72201
(501) 376-3800 – phone
(501) 372-3359 – fax
Attorneys for Defendant

By_____
    John P. Gill   90214