FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 23 2002

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THOMAS ERNST AKYAR**                                           **PLAINTIFF**

VS.                            CASE NO. 1-02-CV-00060 SWW

**LIFE PLUS INTERNATIONAL, INC.**                                **DEFENDANT**

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY DEFENDANT

Pending before the court is a joint Motion of Thomas Ernst Akyar, Plaintiff herein, and Life Plus International, an Arkansas general partnership, requesting that the court substitute the general partnership as the named Defendant in this action for the currently named Defendant, Life Plus International, Inc. The Motion also requests the court consider the Motion to Dismiss filed herein as a motion filed by Life Plus International, an Arkansas general partnership. Finally, the Motion waives any objections to service on the general partnership as a party Defendant.

The court finds that the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that Life Plus International, an Arkansas general partnership, is substituted as the named party Defendant in this action. It is further ordered that the Motion to Dismiss filed herein will be considered the pleading filed in behalf of the Arkansas general partnership substituted as the party Defendant. The court further orders that the general partnership through its Motion acknowledges proper service of the Complaint upon it as an entity and that it has waived by agreement any objections to service of the Complaint upon it.

**IT IS SO ORDERED** this  23rd  day of  September , 2002.

_____
United States District Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP



```
                    F I L E   C O P Y
                                                              vjt
              UNITED STATES DISTRICT COURT
                Eastern District of Arkansas
                      U.S. Court House
              600 West Capitol, Suite 402
              Little Rock, Arkansas 72201-3325


                      September 24, 2002



          * * MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


       Spencer F. Robinson, Esq.
       Ramsay, Bridgforth, Harrelson & Starling
       11th Floor Simmons Building
       501 Main Street
       Post Office Box 8509
       Pine Bluff, AR  71611-8509

       John Purifoy Gill, Esq.
       Gill Elrod Ragon Owen & Sherman, P.A.
       TCBY Tower
       425 West Capitol Avenue
       Suite 3801
       Little Rock, AR  72201-2413

       Derrick Mark Davidson, Esq.
       Gill Elrod Ragon Owen & Sherman, P.A.
       TCBY Tower
       425 West Capitol Avenue
       Suite 3801
       Little Rock, AR  72201-2413

       Stephen Fedo, Esq.
       Neal, Gerber & Eisenberg
       Two North La Salle Street
       Suite 2200
       Chicago, IL  60602

       Joann Adele Underwood, Esq.
       Attorney at Law
       267 East Main
       Batesville, AR  72501

       cc: press, Brenda
```

```
                                                James W. McCormack, Clerk
        9/24/02
Date: _____                         V. Turner
                                                BY: _____
```