FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 27 2002

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR                                                    PLAINTIFF

VS.                    CASE NO. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.                                         DEFENDANT

### SUPPLEMENT TO MOTION TO DISMISS

Comes Life Plus International, an Arkansas general partnership, by and through its attorneys, GILL ELROD RAGON OWEN & SHERMAN, P.A., NEAL, GERBER & EISENBERG, and JOANN UNDERWOOD, P.A., to supplement its Motion to Dismiss and states:

1. In its Brief in Support of Motion to Dismiss, Life Plus International cited Federal Labor Court decision of the Republic of Germany, BAGE 5 AZB 21/94(1995), but at the time of filing, Life Plus International only possessed a copy of that case in the German language which was filed with its brief.

2. In footnote 1 to its Brief in Support of its Motion to Dismiss, Life Plus agreed to supply an English language translation of the Federal Labor Court decision to this Court. The English language translation of the Federal Labor Court case that declined to recognize Scientology as a religious or ideological community in the Republic of Germany is attached hereto.

WHEREFORE, Life Plus International requests that its Motion to Dismiss be supplemented with the attached English language translation of BAGE 5 AZB 21/94(1995), that Plaintiff's Complaint be dismissed; that this Court award Life Plus International its expenses to

defend this action, including a reasonable attorney's fee, and all other just and proper relief to which it is entitled.

Respectfully submitted,

GILL ELROD RAGON
 OWEN & SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

Stephen Fedo
NEAL, GERBER & EISENBERG
2 North LaSalle Street
Chicago, Illinois 60602
(312) 269-8000

JOANN UNDERWOOD, P.A.
267 E. Main Street
Batesville, Arkansas 72501
(870) 698-3571

By: _____
John P. Gill (ABA #62007)
Derrick Davidson (ABA # 90214)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served by first class mail, postage prepaid, on the attorney-of-record below on this 27th day of September, 2002:

Spencer F. Robinson, Esquire
Ramsay, Bridgforth, Harrelson and Starling, LLP
P.O. Box 8509
Pine Bluff, Arkansas 71611-8509

_____
Derrick Davidson



# AFFIDAVIT OF ACCURACY

I, Wendy Peel, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate German into English translation of the attached document found at www.ingo-heinemann.de/azb21-94.htm.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
DETROIT
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Wendy Peel
TransPerfect Translations, Inc.
150 N. Michigan Ave. Suite 2935
Chicago, IL 60601

Sworn to before me this
23th Day of August 2002

Signature, Notary Public

OFFICIAL SEAL
JANIE KLJAJICH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-10-2006

Stamp, Notary Public

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*