**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

OCT 15 2002

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK



**THOMAS ERNST AKYAR**                                                              **PLAINTIFF**

v.                          Case No. 1-02-CV-00060 SWW

**LIFE PLUS INTERNATIONAL, INC.**                                           **DEFENDANT**

## MOTION FOR EXTENSION OF TIME

For its Motion for Extension of Time to respond to Plaintiff Thomas Ernst Akyar's ("Akyar") First Amended Complaint, Life Plus International ("Life Plus"), states:

1. Akyar served his First Amended Complaint on October 2, 2002

2. A response to Akyar's First Amended Complaint is due on October 21, 2002.

3. Life Plus requests an extension of time until November 4, 2002, to file a response to Akyar's First Amended Complaint.

4. Counsel for Life Plus has contacted Spencer F. Robinson, counsel for Akyar, and he has agreed to an extension to respond to the First Amended Complaint until November 4, 2002. A copy of the letter confirming counsel's agreement for the extension of time is attached hereto as Exhibit "A."

5. Local Rule 6.2(a) provides: "If the time originally prescribed has not expired and if all counsel consent in writing, the Clerk may enter an order extending for not more than fifteen (15) days, the time to file a responsive pleading or to respond to discovery."

WHEREFORE, Life Plus requests that the Clerk enter an order extending its time to file a response to Thomas Ernst Akyar's First Amended Complaint by fourteen (14) days until November 4, 2002.

Respectfully submitted,

GILL ELROD RAGON OWEN
& SHERMAN, P.A.
425 West Capitol, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

BY: _____
John P. Gill    ABA # 62007
Derrick Davidson    ABA #90214

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served by first class mail, postage prepaid, on the attorney of record below on the October 14th, 2002:

Spencer F. Bridgeforth
Ramsay, Bridgeforth, Harrelson and
 Starling, L.L.P.
P.O. Box 8509
Pine Bluff, AR 71611-8509

_____
Derrick Davidson

GILL ELROD RAGON
OWEN & SHERMAN, P. A.
ATTORNEYS

DERRICK DAVIDSON, P.A.
W.W. ELROD II, P.A.
JOHN P. GILL, P.A.
RICHARD L. LAWRENCE, P.A.
DRAKE MANN
MARIE-B. MILLER, P.A
CHARLES C. OWEN, P.A.
HEARTSILL RAGON III, P.A.
W. BRADFORD SHERMAN
CHRISTOPHER L. TRAVIS

October 14, 2002

JUDY P. MCNEIL
ROGER H. FITZGIBBON, JR.
MONICA L. MASON
T. DANIEL GOODWIN
MATTHEW B. FINCH
DYLAN H. POTTS
CHAD M. AVERY
SEAN W. STRODE

JOHN A. FOGLEMAN, OF COUNSEL

Spencer F. Robinson
Ramsay, Bridgeforth, Harrelson and
  Starling, L.L.P.
P.O. Box 8509
Pine Bluff, Arkansas  71611-8509

Re:   *Thomas Ernst Akyar v. Life Plus International, Inc.,*
      **United States District Court for the Eastern District of Arkansas,**
      **Case No. 1-02-CV-00060 SWW**

Spencer,

I am writing to confirm your agreement to extend the time for Life Plus International to respond to the First Amended Complaint filed until November 4, 2002.

Your courtesy is appreciated.

Very truly yours,

Derrick Davidson

EXHIBIT A