**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2002

JAMES W. McCORMACK, CLE
By: _____
DEP CL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR                                    PLAINTIFF

v.                       Case No. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.                         DEFENDANT

### ORDER

For good cause shown it is hereby Ordered that the time for Defendant to respond to the First Amended Complaint be extended until November 4, 2002.

_____
Susan Webber Wright

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10-31-02 BY ___



F I L E   C O P Y

vjt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 31, 2002

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:02-cv-00060.

True and correct copies of the attached were mailed by the clerk to the following:

    Spencer F. Robinson, Esq.
    Ramsay, Bridgforth, Harrelson & Starling
    11th Floor Simmons Building
    501 Main Street
    Post Office Box 8509
    Pine Bluff, AR  71611-8509

    John Purifoy Gill, Esq.
    Gill Elrod Ragon Owen & Sherman, P.A.
    TCBY Tower
    425 West Capitol Avenue
    Suite 3801
    Little Rock, AR  72201-2413

    Derrick Mark Davidson, Esq.
    Gill Elrod Ragon Owen & Sherman, P.A.
    TCBY Tower
    425 West Capitol Avenue
    Suite 3801
    Little Rock, AR  72201-2413

    Stephen Fedo, Esq.
    Neal, Gerber & Eisenberg
    Two North La Salle Street
    Suite 2200
    Chicago, IL  60602

    Joann Adele Underwood, Esq.
    Attorney at Law
    267 East Main
    Batesville, AR  72501

    cc: press

```
                                              James W. McCormack, Clerk

        10/31/02                                      V. Turner
Date: _____                       BY: _____
```