FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2002

JAMES W. McCORMACK, CLE
By:_____
                        DEP CL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR,

        Plaintiff,

vs.                             Case No. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.

        Defendant.
_____/

## APPLICATION OF KENDRICK MOXON FOR
## ADMISSION PRO HAC VICE

COMES NOW Kendrick L. Moxon to request leave of Court pursuant to Rule 83.5 of the Local Rules of the United States District Court for the Eastern District of Arkansas to appear *pro hac vice* on behalf of plaintiff Thomas Ernst-Akyar. Applicant provides the following information in support of his application:

Kendrick Moxon is a partner in the law firm Moxon & Kobrin, 3055 Wilshire Blvd., Suite 900, Los Angeles, CA 90010. He was first admitted to practice law in the District of Columbia in 1983, and is a member in good standing of the Bars of the State of California and the District of Columbia. He is admitted to practice in the federal district courts of the District of Columbia, Maryland and all four district courts in the State of California. He is also admitted to practice in the District of Columbia Circuit, the First, Fourth, Fifth, Ninth, and Eleventh Circuits and the United States Supreme Court.

Mr. Moxon seeks admission pro hac vice for the sole purpose of representing plaintiff in this action. Mr. Moxon has reviewed and is familiar with the Local Rules of this District, and will follow these rules in practice before this Court.

The undersigned Spencer Robinson, a member of the bar of this district, is designated as local counsel, with whom the court and opposing counsel may readily communicate regarding the conduct of this case and upon whom papers may be served. His consent to act in this capacity is affirmed by his signature below.

WHEREFORE, Kendrick Moxon requests permission of the Court to appear pro hac vice on behalf of plaintiff.

Dated: October 26, 2002

Respectfully submitted,

Kendrick Moxon
MOXON & KOBRIN
3055 Wilshire Blvd.,
Suite 900
Los Angeles, CA 90010

Spencer F. Robinson
RAMSAY, BRIDGFORTH, HARRELSON
AND STARLING, LLP
P.O. Box 8509
Pine Bluff, Arkansas  71611-8509

Attorneys for plaintiff Thomas Ernst-Akyar

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **APPLICATION OF KENDRICK MOXON FOR ADMISSION PRO HAC VICE** to be served on this 25th day of October 2002, by U.S. Mail, to counsel on the below service list.

_____
Attorney

## SERVICE LIST

GILL ELROD RAGON
 OWEN & SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201

Stephen Fedo
NEAL, GERBER & EISENBERG
2 North La Salle Street
Chicago Illinois  60602

JOANN UNDERWOOD, P.A.
267 E. Main Street
Batesville, Arkansas 72501