

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2002

JAMES W. McCORMACK, CLE
By: _____
                    DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR                                          PLAINTIFF

VS.                    CASE NO. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.                               DEFENDANT

### ORDER

Now on this day comes on for consideration the Application of Kendrick Moxon for Admission Pro Hac Vice in this matter. The Court finds that the Application should be granted.

IT IS, THEREFORE, ORDERED that Kendrick Moxon is hereby granted permission of the Court to appear Pro Hac Vice in behalf of the Plaintiff in this action.

Dated this 30th day of October, 2002.

_____
United States District Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10-31-02 BY ___

```
                    F I L E   C O P Y
                                                              vjt
             UNITED STATES DISTRICT COURT
               Eastern District of Arkansas
                    U.S. Court House
             600 West Capitol, Suite 402
             Little Rock, Arkansas 72201-3325


                      October 31, 2002




          * * MAILING CERTIFICATE OF CLERK * *


Re:  1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


        Spencer F. Robinson, Esq.
        Ramsay, Bridgforth, Harrelson & Starling
        11th Floor Simmons Building
        501 Main Street
        Post Office Box 8509
        Pine Bluff, AR   71611-8509

        John Purifoy Gill, Esq.
        Gill Elrod Ragon Owen & Sherman, P.A.
        TCBY Tower
        425 West Capitol Avenue
        Suite 3801
        Little Rock, AR   72201-2413

        Derrick Mark Davidson, Esq.
        Gill Elrod Ragon Owen & Sherman, P.A.
        TCBY Tower
        425 West Capitol Avenue
        Suite 3801
        Little Rock, AR   72201-2413

        Stephen Fedo, Esq.
        Neal, Gerber & Eisenberg
        Two North La Salle Street
        Suite 2200
        Chicago, IL   60602

        Joann Adele Underwood, Esq.
        Attorney at Law
        267 East Main
        Batesville, AR   72501

        Kendrick L. Moxon
        Moxon & Kobrin
        3055 Wilshire Blvd., Suite 900
```

```
Los Angeles, CA  90010

cc: press, Robbie
```

|  |  |
|---|---|
|  | James W. McCormack, Clerk |
| Date: 10/31/02 | BY: V. Turner |