

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 13 2002

JAMES W. McCORMACK, CLE[RK]
By:_____
DEP CL[K]

*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**THOMAS ERNST AKYAR**                                              Plaintiff(s)

v.                             No. **1:02CV00060 SWW**

**LIFE PLUS INTERNATIONAL**                                        Defendant(s)

## FINAL SCHEDULING ORDER

This matter is now scheduled for trial to the Court in ***BATESVILLE***, Arkansas, during the week beginning ***OCTOBER 6, 2003***, at ***11:00 A.M.***. Counsel are to be present ***30 minutes prior*** to trial.

1.  **DISCOVERY COMPLETION**

    All discovery including evidentiary depositions, shall be completed ***no later than AUGUST 6, 2003***. The parties may conduct discovery beyond this date if all parties are in agreement to do so; *however, the Court will not be available to resolve any disputes which arise during the course of this extended discovery.*

2.  **MOTIONS DEADLINES**

    a.  Motions to amend the pleadings (including the complaint) shall be filed by ***JULY 3, 2003;***

    b.  Motions in limine shall be filed within the ***10 calendar days*** prior to trial; and

    c.  All other motions, including motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by ***AUGUST 6, 2003***.

    > **FAILURE TO MEET THIS DEADLINE MAY RESULT IN DENIAL OF SUCH MOTION/PLEADING SOLELY ON THE BASIS OF UNTIMELY FILING.**

3. **PRETRIAL DISCLOSURE SHEET**

The *Pretrial Disclosure Sheet* as outlined in Local Rule 26.2 shall be filed with the Clerk by *SEPTEMBER 5, 2003*.

4. **SETTLEMENT CONFERENCE**

After discovery has been completed, the parties may request a settlement conference to be conducted by the Magistrate Judge. The request for such a settlement conference should be made no later than *20 calendar days* prior to trial date.

5. **STIPULATION OF AGREED FACTS**

A comprehensive *stipulation of agreed facts* shall be filed with the Clerk no later than *10 calendar days* prior to trial.

6. **TRIAL BRIEFS & PROPOSED FFCL**

Simultaneous trial briefs and proposed Findings of Fact and Conclusions of Law are to be submitted to the Court *15 calendar days* prior to trial. When possible, the Court requests that counsel provide the proposed FFCL on a 3½ " diskette, along with the written copy.

7. **STATISTICAL DATA**

Any statistical data to be introduced into evidence shall be reduced to graph, chart or other comprehensive written form and presented to the court *15 calendar days* prior to trial. Any objection to the statistics or the factual basis thereof shall be delivered *5 calendar days* thereafter.

8. **MARKING & EXCHANGE OF ALL EXHIBITS**

To avoid delay during trial, counsel shall *mark and exchange all exhibits prior to trial*, stipulating to as many as possible. *The exhibits are to be listed on the attached, in numerical sequence. Note stipulations and objections on the exhibit list.* If there is *an objection* to an exhibit, *attach a statement* setting out the basis for both the offer and the objection. The list is to be *delivered/mailed* to Sandy Carpenter *no later than 5 calendar days* prior to trial.

9. **MERGERS & ACQUISTITIONS**

If any party is a publicly-traded corporation, counsel should keep the Court advised of any actual merger or a pending acquisition so that the Court might prevent conflicts of interest from arising from the Judge's financial holdings.

**In the event of settlement,** please notify Ms. Sandy Carpenter at (501) 604-5104 *immediately*.

IT IS SO ORDERED, this _____ day of NOVEMBER, 2002.

SUSAN WEBBER WRIGHT
Chief United States District Judge

```
                       F I L E   C O P Y
                                                              sc
                   UNITED STATES DISTRICT COURT
                    Eastern District of Arkansas
                         U.S. Court House
                    600 West Capitol, Suite 402
                   Little Rock, Arkansas 72201-3325


                          November 13, 2002




              * * MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


        Spencer F. Robinson, Esq.
        Ramsay, Bridgforth, Harrelson & Starling
        11th Floor Simmons Building
        501 Main Street
        Post Office Box 8509
        Pine Bluff, AR  71611-8509

        Kendrick Moxon, Esq.
        Moxon & Kobrin
        3055 Wilshire Boulevard
        Suite 900
        Los Angeles, CA  90010

        John Purifoy Gill, Esq.
        Gill Elrod Ragon Owen & Sherman, P.A.
        TCBY Tower
        425 West Capitol Avenue
        Suite 3801
        Little Rock, AR  72201-2413

        Derrick Mark Davidson, Esq.
        Gill Elrod Ragon Owen & Sherman, P.A.
        TCBY Tower
        425 West Capitol Avenue
        Suite 3801
        Little Rock, AR  72201-2413

        Stephen Fedo, Esq.
        Neal, Gerber & Eisenberg
        Two North La Salle Street
        Suite 2200
        Chicago, IL  60602

        Joann Adele Underwood, Esq.
        Attorney at Law
```

267 East Main
Batesville, AR   72501

James W. McCormack, Clerk

Date: _____11-13-02_____           BY: __a_____