

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 14 2002

JAMES W. McCORMACK, CL
By: _____
                                          DEP

PIN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR                                      PLAINTIFF

VS.                    CASE NO. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.                           DEFENDANT

### STIPULATION REGARDING EXTENSION OF TME
### [ORDER THEREON]

In consideration of other pressing litigation matters and the upcoming holidays, the parties herewith stipulate that Plaintiff shall have an extension of time to oppose Defendant's Motion to Dismiss the Amended Complaint, to and including December 13, 2002. Plaintiff thereafter shall have until January 10, 2003 to reply.

The parties respectfully request consent from the Court to this schedule.

Dated: November 13, 2002

Respectfully submitted,

_____
Kendrick Moxon
MOXON & KOBRIN
3055 Wilshire Blvd., Suite 900
Los Angeles, CA 90010
(213) 487-4468


Spencer Robinson
RAMSEY, BRIDGEFORTH, HARRELSON
  & STARLING
P. O. Box 8509
Pine Bluff, Arkansas 71611
(870) 535-9000
Counsel for Plaintiff



*[signature]*

Derrick Davidson
GILL ELROD RAGON
 OWEN & SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800
Counsel for Defendant

IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 11-15-02 BY [initials]

```
                        F I L E   C O P Y
                                                              vjt
                     UNITED STATES DISTRICT COURT
                      Eastern District of Arkansas
                           U.S. Court House
                      600 West Capitol, Suite 402
                     Little Rock, Arkansas 72201-3325


                             November 15, 2002



                 * * MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


         Spencer F. Robinson, Esq.
         Ramsay, Bridgforth, Harrelson & Starling
         11th Floor Simmons Building
         501 Main Street
         Post Office Box 8509
         Pine Bluff, AR   71611-8509

         Kendrick Moxon, Esq.
         Moxon & Kobrin
         3055 Wilshire Boulevard
         Suite 900
         Los Angeles, CA   90010

         John Purifoy Gill, Esq.
         Gill Elrod Ragon Owen & Sherman, P.A.
         TCBY Tower
         425 West Capitol Avenue
         Suite 3801
         Little Rock, AR   72201-2413

         Derrick Mark Davidson, Esq.
         Gill Elrod Ragon Owen & Sherman, P.A.
         TCBY Tower
         425 West Capitol Avenue
         Suite 3801
         Little Rock, AR   72201-2413

         Stephen Fedo, Esq.
         Neal, Gerber & Eisenberg
         Two North La Salle Street
         Suite 2200
         Chicago, IL   60602

         Joann Adele Underwood, Esq.
         Attorney at Law
```

```
267 East Main
Batesville, AR  72501
```

cc: press

James W. McCormack, Clerk

Date: 11/15/02        BY: V. Turner