

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 20 2002

JAMES W. McCORMACK, CL
By:_____
                        DEP C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST,

    Plaintiff,

vs.                                     Case No. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.

    Defendant.
_____/

### NOTICE OF FILING OF CORRECTED DECLARATION OF KENDRICK MOXON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Please take notice of the filing of the original declaration of Kendrick L. Moxon in support of plaintiff's Opposition to defendant's Motion to Dismiss. The affidavit filed with the Opposition authenticating several German judicial decisions, was a draft erroneously signed secretarially and initialed and should be disregarded.

Dated:  December 15, 2002

Respectfully submitted,

_____
Kendrick Moxon
MOXON & KOBRIN
3055 Wilshire Blvd.,
Suite 900
Los Angeles, CA 90010
(323) 487-4468

2

Spencer F. Robinson
RAMSAY, BRIDGFORTH, HARRELSON
AND STARLING, LLP
P.O. Box 8509
Pine Bluff, Arkansas   71611-8509
870-535-9000

Attorneys for plaintiff Thomas Ernst

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing **NOTICE OF FILING OF CORRECTED DECLARATION OF KENDRICK MOXON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** to be served on this 15th day of December 2002, by U.S. Mail, to counsel on the below service list.

_____
Attorney

## SERVICE LIST

GILL ELROD RAGON
 OWEN & SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201

Stephen Fedo
NEAL, GERBER & EISENBERG
2 North La Salle Street
Chicago Illinois  60602

JOANN UNDERWOOD, P.A.
267 E. Main Street
Batesville, Arkansas 72501

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

THOMAS ERNST, a.k.a. THOMAS AKYAR     PLAINTIFF

VS.     CASE NO. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL     DEFENDANT

## DECLARATION OF KENDRICK L. MOXON

I, Kendrick L. Moxon, hereby declare and state:

1. I am over eighteen (18) years of age, and am fully competent to make this declaration. I make the following statements of my own personal knowledge and if called to testify thereto, could and would do so competently.

2. I am counsel to the Plaintiff in the above-captioned action. I have been admitted *pro hac vice* to the United States District Court for the Eastern District of Arkansas pursuant to Local Rule 83.5.

3. I attach to this declaration copies of four decisions by German courts, along with English translations, that recognize the religious status of the Church of Scientology.

I declare under the penalties of perjury of the laws of the United States that the foregoing statements are true and correct. Signed this 15th day of December, 2002, in Clearwater, Florida.

Kendrick L. Moxon