IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS ERNST AKYAR

    PLAINTIFF

v.                                    CASE NO. 1-02-CV-00060 SWW

LIFE PLUS INTERNATIONAL, INC.

    DEFENDANT

## JOINT MOTION TO DISMISS

For their Joint Motion to Dismiss, Plaintiff Thomas Ernst Akyar and Defendant Life Plus International, Inc. state:

1.    The parties have resolved their dispute in this case and have entered into a confidential Settlement Agreement and Mutual Release.

2.    The parties agree to dismissal of this case with prejudice.

WHEREFORE, Plaintiff Thomas Ernst Akyar and Defendant Life Plus International, Inc. requests this Court grant their Joint Motion to Dismiss and enter its Order dismissing this case with prejudice.

Respectfully submitted,

**Attorneys for Plaintiff**
Spencer F. Robinson, Esquire
Ramsay, Bridgforth, Harrelson and Starling, LLP
P.O. Box 8509
Pine Bluff, Arkansas 71611-8509
(870) 535-9000

By:  Kendrick Moxon
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, California 90010
(213) 487-4468

*[signature]*

Kendrick Moxon

**Attorneys for Defendant**
GILL ELROD RAGON
  OWEN & SHERMAN, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

Stephen Fedo
NEAL, GERBER & EISENBERG
2 North LaSalle Street
Chicago, Illinois 60602
(312) 269-8000

JOANN UNDERWOOD, P.A.
267 E. Main Street
Batesville, Arkansas 72501
(870) 698-3571

By:  *[signature]*

John P. Gill (ABA #62007)
Derrick Davidson (ABA # 90214)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served by first class mail, postage prepaid, on the attorney-of-record below on this 11th day of March, 2003:

Spencer F. Robinson, Esquire
Ramsay, Bridgforth, Harrelson and Starling, LLP
P.O. Box 8509
Pine Bluff, Arkansas 71611-8509

Kendrick Moxon
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, California 90010

Derrick Davidson