IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 13 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP CLE

THOMAS ERNST AKYAR

v.                              NO. 1:02CV00060 SWW

LIFE PLUS INTERNATIONAL, INC.

### ORDER OF DISMISSAL

Upon joint motion by the parties for dismissal of this action pursuant to a settlement agreement,

IT IS THEREFORE ORDERED that the above-entitled action is hereby dismissed with prejudice.

DATED this 13th day of March, 2003.

_____
SUSAN WEBBER WRIGHT
Chief United States District Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3-13-03 BY ___

27

```
                       F I L E   C O P Y
                                                              vjt
               UNITED STATES DISTRICT COURT
                  Eastern District of Arkansas
                       U.S. Court House
                  600 West Capitol, Suite 402
                  Little Rock, Arkansas 72201-3325


                       March 13, 2003



            * * MAILING CERTIFICATE OF CLERK * *


Re:   1:02-cv-00060.



True and correct copies of the attached were mailed by the clerk to the
following:


      Spencer F. Robinson, Esq.
      Ramsay, Bridgforth, Harrelson & Starling
      11th Floor Simmons Building
      501 Main Street
      Post Office Box 8509
      Pine Bluff, AR   71611-8509

      Kendrick Moxon, Esq.
      Moxon & Kobrin
      3055 Wilshire Boulevard
      Suite 900
      Los Angeles, CA   90010

      John Purifoy Gill, Esq.
      Gill Elrod Ragon Owen & Sherman, P.A.
      TCBY Tower
      425 West Capitol Avenue
      Suite 3801
      Little Rock, AR   72201-2413

      Derrick Mark Davidson, Esq.
      Gill Elrod Ragon Owen & Sherman, P.A.
      TCBY Tower
      425 West Capitol Avenue
      Suite 3801
      Little Rock, AR   72201-2413

      Stephen Fedo, Esq.
      Neal, Gerber & Eisenberg
      Two North La Salle Street
      Suite 2200
      Chicago, IL   60602

      Joann Adele Underwood, Esq.
      Attorney at Law
```

267 East Main
Batesville, AR  72501

cc: press, post

James W. McCormack, Clerk

Date: 3/13/03 _____    BY: V. Turner _____